G. DAVID ROBERTSON, ESQ. (CA Bar No. 111984)
ANTHONY G. ARGER, ESQ. (CA Bar No. 304483)
BRIANA N. COLLINGS, ESQ. (CA Bar No. 317678)
ROBERTSON, JOHNSON,
MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.:  (775) 348-8300
gdavid@nvlawyers.com
anthony@nvlawyers.com
briana@nvlawyers.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SANDMAN INC., dba STAR CONCRETE, a California corporation, and GERALD R. BLATT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BENITO, a political subdivision of the State of California; ROB MENDIOLA, in his official capacity with the County of San Benito and individual capacity; MARY PAXTON, in her official capacity with the County of San Benito and individual capacity; TAVEN BROWN, in his official capacity with the County of San Benito and individual capacity; ARIELLE GOODSPEED, in her official capacity with the County of San Benito and individual capacity; ABRAHAM PRADO, in his official capacity with the County of San Benito and individual capacity; DOM ZANGER, in his official capacity with the County of San Benito and individual capacity; KOLLIN KOSMICKI, in his official capacity with the County of San Benito and individual capacity; MINDY SOTELO, in her official capacity with the County of San Benito and individual capacity; ANGELA CURRO, in her official capacity with the County of San Benito and individual capacity; IGNACIO VELAZQUEZ, in his official capacity with the County of San Benito and individual capacity; BEA GONZALEZ, in her official capacity with the County of San Benito and individual capacity; and DOES I through X, <br><br> Defendants. | Case No.: 5:25-cv-02736-PCP <br><br> **STIPULATION AND ORDER SETTING AMENDED BRIEFING SCHEDULE AND REVISED HEARING DATE ON DEFENDANTS' MOTION TO DISMISS LIMITED PORTIONS OF THE FIRST AMENDED COMPLAINT** <br><br> Date: N/A <br> Time: N/A <br> Dept.: 8 <br><br> Judge: Hon. P. Casey Pitts |

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND REVISED HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS LIMITED PORTIONS OF THE FIRST AMENDED COMPLAINT
/ Case No. 5:25-cv-02736-PCP
PAGE 1

Plaintiff, SANDMAN INC., dba STAR CONCRETE, a California corporation, and GERALD R. BLATT (collectively, "Sandman") by and through their counsel of record, Robertson, Johnson, Miller & Williamson and Defendants COUNTY OF SAN BENITO and ARIELLE GOODSPEED (collectively, "Defendants"), by and through their counsel of record Colantuono, Highsmith & Whatley, PC, hereby stipulate as follows:

1. Plaintiffs filed their First Amended Complaint for Violations of the Civil Rights Act of 1871, 42 U.S.C. § 1983, the Fifth Amendment to the United States Constitution, and the Fourteenth Amendment to the United States Constitution; Demand for Jury on April 9, 2026, which was deemed filed on April 3, 2026, pursuant to stipulation. (Doc. 52; Doc. 48.)

2. Defendants filed their Notice of Motion and Rule 12 Motion to Dismiss Portions of Plaintiffs' Corrected First Amended Complaint; Memorandum of Points and Authorities on April 17, 2026 ("Motion to Dismiss"). (Doc. 56.)

3. The parties agree that the briefing schedule and hearing date on Defendants' Motion to Dismiss should be revised to allow for complete briefing on all necessary issues.

4. Accordingly, the parties agree that:

   a. Plaintiffs' opposition to the Motion to Dismiss shall be filed no later than May 8, 2026;

   b. Defendants' reply in support of the Motion to Dismiss shall be filed no later than May 22, 2026; and

   c. The Motion to Dismiss will be heard on June 25, 2026, at 10 a.m.

**IT IS SO STIPULATED.**

DATED this 22nd day of April, 2026.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, NV 89501

By: /s/ *G. David Robertson*
G. David Robertson, Esq.
Anthony G. Arger, Esq.
Briana N. Collings, Esq.
*Attorneys for Plaintiffs*

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND REVISED HEARING DATE ON DEFENDANTS' MOTION TO DISMISS LIMITED PORTIONS OF THE FIRST AMENDED COMPLAINT / Case No. 5:25-cv-02736-PCP

DATED this 22nd day of April, 2026.

COLANTUONO, HIGHSMITH &
WHATLEY, P.C.
420 Sierra College Drive, Suite 140
Grass Valley, CA 95945

By: /s/ *Matthew Slentz*
    Michael G. Colantuono, Esq.
    Matthew C. Slentz, Esq.
    Mihir A. Karode, Esq.
    *Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  April 23, 2026

Hon. P. Casey Pitts

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND REVISED HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS LIMITED PORTIONS OF THE FIRST AMENDED COMPLAINT
/ Case No. 5:25-cv-02736-PCP
PAGE 3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS LIMITED PORTIONS OF THE FIRST AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 22nd day of April, 2026.   Pursuant to FRCP 5(B), I further certify that I caused to be delivered electronically via the court's CM/ECF system, a true and correct copy of the foregoing to:

>Michael G. Colantuono, Esq.
>Matthew C. Slentz, Esq.
>Mihir A. Karode, Esq.
>Colantuono, Highsmith & Whatley, PC
>420 Sierra College Drive, Suite 140
>Grass Valley, California 95945
>mcolantuono@chwlaw.us
>mslentz@chwlaw.us
>mkarode@chwlaw.us
>*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22nd, 2026 at Reno, Nevada.

>*/s/ Sierra Martin*
>An Employee of Robertson, Johnson, Miller & Williamson

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501